1
2
3
4
5
6
7
8

9                    **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO )<br>) The Honorable William H. Orrick )<br>) **[PROPOSED] ORDER GRANTING JLI'S SECOND MOTION TO DISMISS WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS** |
| *This Document Relates to All Plaintiffs Identified in Exhibit A* | ) This Document Relates To: All Actions )<br>) The Hon. William H. Orrick |

1  Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss With Prejudice Non-
2  Communicating Plaintiffs' Claims identified in Exhibit A in the above referenced, consolidated
3  actions. Having considered the Motion, seeing no opposition, and with good cause appearing
4  therefore, the Court hereby GRANTS the Motion and DISMISSES the Complaints filed by all
5  plaintiffs identified in Exhibit A with prejudice.

IT IS SO ORDERED.

Dated: October 27, 2023



The Honorable William H. Orrick
United States District Judge

# Exhibit A

| Count | Case Number | Plaintiff | Case | Counsel |
|---|---|---|---|---|
| 1 | 3:22-cv-04018 | Cunningham, James | *James Cunningham v. JUUL Labs, Inc.* | Pulaski Kherkher, PLLC |
| 2 | 3:22-cv-07588 | Guerrero, Keyley | *Guerrero v. JUUL Labs, Inc.* | Watts Guerra LLP |
| 3 | 3:22-cv-4029 | Reardon, Emily | *Estate of Emily Reardon, James Reardon Administrator v. JUUL Labs, Inc.* | Cooper Elliott |